

FILED

MAY 3 0 2014

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:14-00114
                                  18 U.S.C. § 1001(a)(2)


RONALD BARNETTE


## I N F O R M A T I O N

The United States Attorney Charges:

At all relevant times:

1.    Defendant RONALD BARNETTE owned and operated Mining
Repair Specialist, Inc. ("MRS"), a West Virginia corporation
headquartered in or near Holden, Logan County, West Virginia.

2.    MRS performed equipment rebuild and repair work for
various mining companies and mining related businesses in
southern West Virginia, including rebuilding miners and bolters.

3.    Since approximately early 2006, Mingo Logan Coal
Company, a wholly-owned subsidiary of Arch Coal, Inc. ("Arch"),
owned and operated an underground mine in or near Sharples,
Logan County, West Virginia, known as the Mountain Laurel Mining
Complex.

4.   A person known to the United States Attorney ("Known Person Three") served as the general manager for the Mountain Laurel Mining Complex.

5.   Since approximately 2009, Known Person Three required defendant RONALD BARNETTE to pay illegal cash kickbacks on work MRS received from the Mountain Laurel Mining Complex to rebuild miners and bolters (the "Miner/Bolter Rebuild Kickback Scheme").

6.   From approximately 2009 through and until at least sometime in 2010, Defendant RONALD BARNETTE would and did pay Known Person Three approximately $300,000 in cash kickbacks.

## False Statement

7.   On or about March 22, 2014, at or near Holden, Logan County, West Virginia, within the Southern District of West Virginia, Defendant RONALD BARNETTE, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States, that is, the Internal Revenue Service assisted by the West Virginia State Police, in that Defendant RONALD BARNETTE denied paying kickbacks to Known Person Three, when in truth and in fact as he then well knew, that statement was materially false.

2

In violation of Title 18, United States Code, Section 1001(a)(2).

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
MEREDITH GEORGE THOMAS
Assistant United States Attorney

By: _____
THOMAS C. RYAN
Assistant United States Attorney

3