# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON

**UNITED STATES OF AMERICA**

v.                                                         **CRIMINAL NO. 2:14-00114**

**RONALD BARNETTE**

### Defendant's Reply in Support of Motion to Modify Conditions of Probation

Defendant Ronald Barnette, by counsel, and pursuant to 18 U.S.C. § 3563(c) and Rule 32.1 of the Federal Rules of Criminal Procedure, filed this same date his Motion to Modify Conditions of Probation (Docket #45). Also this same date, the Government filed its Response (Docket #46), recognizing this Court's authority to grant the relief requested and stating that the Government does not object to the Court exercising its authority and discretion without further argument and hearing. Thus, Defendant respectfully submits that, pursuant to Rule 32.1(c) — and for the reasons set forth in his motion — this Court may enter an order modifying his conditions of probation to remove the condition of home confinement, without the necessity of a hearing.

Dated: November 4, 2015                          Respectfully submitted,

                                                                  RONALD BARNETTE,
                                                                  By Counsel.

/s/Michael B. Hissam
Michael B. Hissam (WVSB #11526)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 *facsimile*
mhissam@baileyglasser.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.** CRIMINAL NO. 2:14-00114

**RONALD BARNETTE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2015, I filed the foregoing **Defendant's Reply in Support of Motion to Modify Conditions of Probation** using the Court's CM/ECF system, which will cause a copy to be served upon the following:

> Meredith George Thomas, Esq.
> Assistant United States Attorney
> Robert C. Byrd Courthouse
> 300 Virginia Street East, Suite 4000
> Charleston WV 25301

> /s/Michael B. Hissam
> Michael B. Hissam (WVSB #11526)