IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                                          **CRIMINAL NO. 2:14-00114**

**RONALD BARNETTE**

## RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PROBATION

Comes now the United States of America, by Meredith George Thomas, Assistant United States Attorney for the Southern District of West Virginia, and files this opposition to defendant's motion to modify conditions of probation.

Defendant seeks to hunt on private land in West Virginia, using a compound bow, during the 2016 archery season. The United States appreciates Mr. Barnette complying with his terms of probation and requesting a modification, rather than simply hunting in violation of his terms of probation. As defendant points out, however, his conditions of probation preclude him from possessing a dangerous weapon. Bows are just that -- dangerous weapons.

The United States consulted with defendant's probation officer, who opposes the modification. General considerations for

the safety of the supervising probation officer support the prohibition.

The Court has jurisdiction and discretion to alter or remove the term of probation imposed herein.  The United States does not object to the Court exercising that authority and discretion without further argument or evidence.

>Respectfully submitted,
>
>CAROL A. CASTO
>United States Attorney
>
>By:
>/s/Meredith George Thomas
>MEREDITH GEORGE THOMAS
>Assistant United States Attorney
>WV Bar No.10596
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax:  304-347-5104
>Email: meredith.thomas@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PROBATION" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 22nd day of November, 2016, to:

>Michael B. Hissam, Esquire
>209 Capitol Street
>Charleston, West Virginia 25301

>/s/Meredith George Thomas
>MEREDITH GEORGE THOMAS
>Assistant United States Attorney
>WV Bar No.10596
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone: 304-345-2200
>Fax: 304-347-5104
>Email:meredith.thomas@usdoj.gov